Cause No

83,609-01

People of The State of Texas

vs

Sebastian Lee Reyes

In The Supreme court of

The State of Texas

(To be suppli by The Court)

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 1○ 2015

Abel Acosta, Clerk

Petition for writ of Habeas Corpus

To The Honorable Judas of The Texas Supreme Court:

Comes Now Sebastian Lee Reyes, In the above-entiled & Indicment No & moves The Court to grant writ of Habeus & In support of motion Shows:

## I

Sebastian Lee Reyes here in After. Petitioner is Illegally Restrained & Confined to Jim Rudd Unit by the Texas Department of Criminal Justice, by the director of correction of said TDCJ Here in after Responent.

## II

Petitioner was Initially arrested Febuary 23, 2012 & recived 4 years Probation & was arrested again on June 28, 2014, December 16, 2014 Petione accepted 2 two years TDC Time Petitioner did not waive any credits or agree to waive any.

## III

Petitioner contends his illegally restrained by TDCJ Based on the fact the he was not given credit for time served on Probation by extending his incarceration Past his date For Parole & Discharged. Petitioner Hereby contends he's entitled to A credit of 26 month against his 24 months This would also Leave Petitioner eligible for Parole & Short way.

Page 1 of 2.

## IV

Petitioner hereby states the due Process cause of the 5th Amendment to the U.S. Constition & the due Process & Equal Protection cause Pronibilty

## V

### Prayer

Wherefore Petitioner Prays The Court agree Petitoners Rights, order The superior Court & TDCJ To apply The time Credits Requested.

Respectfully
Sebostian Reyes